United States Bankruptcy Court
District of Utah
Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, UT 84101


Deneen Nunn                                                                                    Telephone:
Finance Department                                                                             801-524-6682


January 5, 2015


Brian Dilks
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065


**Re: Unclaimed funds Request for Case # 99-24196 (Robert W. And Patricia Anne Spicer)**

To Whom it May Concern:

I am in receipt of your request for unclaimed funds in the above-referenced case. In order to process your request, please provide the following to the court:

- Current government ID of Michael L. Kohler with only the last 4 digits of the ID and the birth month and date redacted.

- Current government ID for William J. McCool with only the last 4 digits of the ID and the month and date of birth can be redacted.

- Current government ID for Brian Dilks with only the last 4 digits of the ID and the month and date of birth can be redacted.

Please provide these documents by February 9th, 2015. Please assure your clients that their ID's will be handled in such a way that the public will not have access to them.


**Please send the above items to the following address:**

U.S. Bankruptcy Court
Attn: Deneen Nunn
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you have any questions, please call me at 801-524-6682.

Sincerely yours,

*Deneen Nunn*

Deneen Nunn
Financial Department