Requested information has not been provided.

**The below described is UNSIGNED:**

**Dated: February 25, 2015**



FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2014 DEC 22 P 12: 1̶2̶

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>    Robert W. and Patricia Anne Spicer | Case No: 99-24196<br>Chapter 13 |
| Debtor(s) | |

### ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the check made payable to Mellon Bank, in the amount of $544.40 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C. §347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Citizens Bank, NA C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $544.40,

to:             Citizens Bank, NA
                C/o Dilks & Knopik, LLC
                35308 SE Center St
                Snoqualmie, WA 98065.

---------------------------------------------- END OF ORDER ----------------------------------------