**The below described is UNSIGNED:**

**Dated: February 25, 2015**

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2014 DEC 22  P 12: 18

DISTRICT OF UTAH

MAIL



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Robert W. and Patricia Anne Spicer | Case No: 99-24196<br>Chapter 13 |
| Debtor(s) | |

### ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the check made payable to Mellon Bank, in the amount of $544.40 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C. §347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Citizens Bank, NA C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $544.40,

to:                    Citizens Bank, NA

C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.

------------------------------------------- END OF ORDER -------------------------------------------

Entered On Docket: 02/25/2015

United States Bankruptcy Court
District of Utah

In re:                                                                 Case No. 99-24196-RKM
Robert W. Spicer                                                       Chapter 13
Patricia Anne Spicer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: ksh              Page 1 of 1            Date Rcvd: Feb 25, 2015
                              Form ID: pdfor1        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2015.
aty            +Brian J. Dilks,    35308 SE Center Street,    Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2015                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2015 at the address(es) listed below:
          Andres' Diaz tr    ecf2@diazch13.com
          Lindsey Phillip Dew    on behalf of Debtor Robert W. Spicer beth@xmission.com
          Lindsey Phillip Dew    on behalf of Debtor Patricia Anne Spicer beth@xmission.com
          Richard C. Terry    on behalf of Creditor    First Security Bank richard@tjblawyers.com,
            cbcecf@yahoo.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                        TOTAL: 5